UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NHAN HOANG LE,<br><br>    Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 25-cv-00999-JSC<br><br>**ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION** |

By Order filed March 28, 2025, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. section 1915 and dismissed it for lack of subject matter jurisdiction. The Court gave Plaintiff until April 18, 2025 to file an amended complaint and warned if he failed to do so the action would be dismissed without prejudice. (Dkt. No. 7.) As of the date of this Order, Plaintiff has not filed an amended complaint nor otherwise communicated with the Court. So, the action is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: October 14, 2025

JACQUELINE SCOTT CORLEY
United States District Judge